GEORGINA MERRITT et al., executrices of George Merritt, deceased, appellants,

*v.*

NEHEMIAH MERRITT, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Merritt* v. *Merritt, 3 Dick. Ch. Rep. 1.*

*Mr. Thomas N. McCarter* and *Mr. Abraham V. Schenck,* for the appellants.

*Mr. Martin P. Grey* and *Mr. H. H. Hepburn* (of Philadelphia), for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given by the chancellor.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, LIPPINCOTT, REED, VAN SYCKEL, BOGERT, KRUEGER, PHELPS, SMITH—10.

*For reversal*—ABBETT—1.